# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 3, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

137155 & (8)

TERRY BROOKS,
   Plaintiff,

v             SC: 137155

COURT OF APPEALS,
   Defendant.
_____/

   On order of the Court, the motion for immediate consideration is GRANTED. The complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 3, 2008         _____

d0930               Clerk